UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THADDEUS GUNN,<br><br>Plaintiff(s),<br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS LLC, et al.,<br><br>Defendant(s). | CASE NO. C25-2667<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' stipulation to dismiss this action with prejudice and without an award of fees or costs to any party. Dkt. No. 18. Based upon the parties' stipulation, this case is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and without costs or attorney fees to either party. The clerk is directed to administratively close this case.

Dated this 21st day of September, 2026.

Kymberly K. Evanson
United States District Judge